**DISMISS and Opinion Filed April 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00081-CV**

**WALLY YAMMINE, Appellant**
**V.**
**EPH 2 ASSETS LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-05034-B**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Reichek

By order dated March 5, 2024, we reinstated this appeal following a bankruptcy stay. In that order, we questioned our jurisdiction over this appeal because it appears the appeal is moot. We directed appellant to file a letter brief addressing our jurisdictional concern. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a jurisdictional letter brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230081F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WALLY YAMMINE, Appellant

No. 05-23-00081-CV        V.

EPH 2 ASSETS LLC, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-22-05034-B.
Opinion delivered by Justice Reichek. Justices Goldstein and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered April 17, 2024